## S93A1360. CARTER v. VALENTINE.
(436 SE2d 225)

HUNT, Presiding Justice.

This is an appeal from the trial court's order granting injunctive relief in a partnership dispute between two dentists. Although the order is styled a permanent injunction, we view that order as a preliminary one, continuing the previously entered "Order for Interlocutory Injunction" in this case. It appears that both orders are intended to maintain the status quo pending a final disposition of any remaining claims.[1] No manifest abuse of discretion has been shown, nor is any apparent. Accordingly, we affirm. *Mark Smith Constr. Co. v. Fulton County*, 248 Ga. 694, 695 (2) (285 SE2d 692) (1982).

*Judgment affirmed. All the Justices concur.*

DECIDED OCTOBER 25, 1993.

*Slaughter & Virgin, Nathaniel G. Slaughter III, Frank W. Virgin,* for appellant.

---

[1] The parties disagree whether claims remain, but we leave that to the trial court.

*Schreeder, Wheeler & Flint, David Flint,* for appellee.